*Plaintiff(s) Counsel:*
Richard Meadow, Esq.
THE LANIER LAW FIRM, PLLC
Tower 56
126 E. 56th Street, 6th Floor
New York, New York 10022
(T) 212-421-2800
(F) 212-421-2878

-and-

Maura Kolb, Esq.
THE LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, Texas 77069
(T) 713-659-5200
(F) 713-659-2204

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-5773<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| BETTY JO MORRIS and BILLY MORRIS,<br><br>Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BETTY JO MORRIS and BILLY MORRIS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March _16_, 2009         By: _/s/ Richard Meadow_
                                    Richard Meadow, Esq.
                                    THE LANIER LAW FIRM, PLLC
                                    Tower 56
                                    123 E. 56th Street, 6th Floor
                                    New York, New York 10022
                                    (T) 212-421-2800
                                    (F) 212-421-2878

                                    -and-

                                    Maura Kolb, Esq.
                                    THE LANIER LAW FIRM, PC
                                    6810 FM 1960 West
                                    Houston, Texas 77069
                                    (T) 713-659-5200
                                    (F) 713-659-2204

                                    *Counsel for Plaintiff(s).*

DATED: _April 15_, 2009         By: _/s/ Michelle Sadowsky_
                                    Michelle Sadowsky, Esq.
                                    DLA PIPER US LLP
                                    1251 Avenue of the Americas
                                    New York, New York 10020-1104
                                    (T) 212-335-4625
                                    (F) 212-884-8675

                                    *Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _April 23, 2009_          _____
                                 Hon. Charles R. Breyer
                                 United States District Court



IT IS SO ORDERED
Judge Charles R. Breyer